Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GLENN P. FISCHEL DBA OLYMPIC CHIROPRACTIC,<br><br>              Plaintiff,<br><br>   v.<br><br>FOX CHIROPRACTIC, P.S.; and DARCY K. FOX,<br><br>              Defendants.<br><br>FOX CHIROPRACTIC, P.S.,<br><br>              Counterclaimant. | Civil Action No. 18-cv-255RSM<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF INITIAL SCHEDULING DATES |

## STIPULATION

The parties stipulate to and respectfully move the Court for an order extending the initial scheduling dates. Counsel for both parties are engaged in out-of-state travel and/or trial, making the current schedule difficult to accommodate in consultation with their respective clients. The parties propose the following:

| | **Original Date** | **Revised Date** |
|---|---|---|
| **Deadline for FRCP 26(f) Conference** | 3/29/2018 | 4/30/2018 |
| **Initial Disclosures Pursuant to FRCP 26(a)(1)** | 4/5/2018 | 5/7/2018 |
| **Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f)** | 4/12/2018 | 5/14/2018 |

STIPULATED MOTION AND ORDER FOR
EXTENSION OF INITIAL SCHEDULING DATES- 1

Civil Action No. 18-cv-255RSM
fischel 18-255 ext time.DOCX

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

RESPECTFULLY SUBMITTED April 3, 2018.

| | |
|---|---|
| s/Michael G. Atkins, WSBA No. 26,026 | s/David A. Lowe, WSBA No. 24,453 |
| mike@atkinsip.com | Lowe@LoweGrahamJones.com |
| ATKINS INTELLECTUAL PROPERTY<sup>PLLC</sup> | LOWE GRAHAM JONES<sup>PLLC</sup> |
| 113 Cherry Street #18483 | 701 Fifth Avenue, Suite 4800 |
| Seattle, WA 98104 | Seattle, WA 98104 |
| T: 206.628.0983 | T: 206.381.3300 |
| | F: 206.381.3301 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

DATED this 3 day of April 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR EXTENSION
OF INITIAL SCHEDULING DATES - 2

Civil Action No. 18-cv-255RSM
fischel 18-255 ext time.DOCX

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301